```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15049
   KATHERINE VINSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9568

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/20/2007 and was confirmed 10/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED              609.00          .00         90.00
WASHINGTON MUTUAL          CURRENT MORTG           .00          .00           .00
WASHINGTON MUTUAL          MORTGAGE ARRE           .00          .00           .00
HARVARD COLLECTION SERVI   UNSEC W/INTER   NOT FILED            .00           .00
HARVARD COLLECTION SERVI   UNSEC W/INTER   NOT FILED            .00           .00
NCO MARLIN                 UNSEC W/INTER   NOT FILED            .00           .00
SAGE TELECOM               UNSEC W/INTER   NOT FILED            .00           .00
BUREAUS                    UNSEC W/INTER   NOT FILED            .00           .00
WEST ASSET MANAGEMENT      UNSEC W/INTER   NOT FILED            .00           .00
LAWRENCE JOHNSON           NOTICE ONLY     NOT FILED            .00           .00
LORENZO WHITE              NOTICE ONLY     NOT FILED            .00           .00
DEUTSCHE BANK NATIONAL T   NOTICE ONLY     NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,831.00                     2,150.00
TOM VAUGHN                 TRUSTEE                                           160.00
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,400.00

PRIORITY                                             .00
SECURED                                            90.00
UNSECURED                                            .00
ADMINISTRATIVE                                  2,150.00
TRUSTEE COMPENSATION                              160.00
DEBTOR REFUND                                        .00
                      ---------------       ---------------
TOTALS                  2,400.00                2,400.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 15049 KATHERINE VINSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                PAGE   2
              CASE NO. 07 B 15049 KATHERINE VINSON